**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 18-16198-pmm |
| Craig M. Phillips, | Chapter 13 |
| Debtor. | |

**Praecipe to Issue Notice to Creditors About Discharge Objections**

To the Clerk of Court:

The trustee has informed the Court that the Debtor completed plan payments, ECF No. 104, and the Debtor has filed a certification regarding domestic support obligations and section 522(q), ECF No. 109. Pursuant to L.B.R. 4004-3, please issue a notice to all creditors requiring that any objection to discharge be filed within 14 days of the date of the notice. Thank you.

Date: November 27, 2023

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad (#330937)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com