United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                       Case No. 18-16198-pmm

Craig M. Phillips                                                               Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                      Page 1 of 4

Date Rcvd: Nov 28, 2023                          Form ID: 138OBJ                              Total Noticed: 60

The following symbols are used throughout this certificate:
**Symbol    Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Craig M. Phillips, 801 Yale Avenue, Unit 910, Swarthmore, PA 19081-1822 |
| 14208042 | + | APM Masonry & Construction, LLC, 50 Hook Road, Sharon Hill, PA 19079-1025 |
| 14208043 | | APM Masonry & Construction, LLC, 400 Hook Road, Sharon Hill, PA 19079 |
| 14208049 | + | Clare Cerniglia, 527 Furlong Avenue, Havertown, Pa 19083-3320 |
| 14233027 | + | Corinne Samler Brennan, Esquire, KLEHR HARRISON HARVEY BRANZBURG LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 14208050 | + | David Kovsky, 347 Bala Avenue, Bala Cynwyd, PA 19004-2737 |
| 14208051 | | Dean Babler, Esq., 143 - 145 Long Lane, Upper Darby, PA 19082, Upper Darby, PA 19082 |
| 14202548 | + | Dmitry Yashin, Nina Yashin, c/o Jessica M. Gulash, Esq., 450 N. Narberth Avenue Suite 200, Narberth PA 19072-1822 |
| 14204713 | + | Dmitry Yashin and Nina Yashin, c/o Jessica M. Gulash, Esq., Lundy, Beldecos & Milby, P.C., 450 N. Narberth Avenue, Suite 200, Narberth, PA 19072-1822 |
| 14243545 | + | Douglas J. Pugliese, 799 Robinhood Road, Bryn Mawr PA 19010-1239 |
| 14208054 | + | Eric Milby, Esq., 450 Narberth Ave # 200, Narberth, PA 19072-1822 |
| 14208057 | + | Gary Smith, 262 Herr Street, Harrisburg, PA 17102-2924 |
| 14250783 | + | Gina Herrmann, 205 Leon Avenue, Norwood, Pa 19074-1618 |
| 14208058 | + | Greg Beattie, 123 Brimfull Drive, Phoenixville, PA 19460-4769 |
| 14236701 | + | J. Gregory Beattie, 123 Brimful Drive, Phoenixville, PA 19460-4769 |
| 14236798 | + | J. Gregory Beattie, c/o Scott T. Earle, Esq., 1818 Market Street, 13th Floor, Philadelphia, PA 19103-3608 |
| 14208061 | + | James O'Leary, 216 Wickford Road, Havertown, PA 19083-4741 |
| 14250774 | + | James OLeary, 9 Windermere Terrace, Havertown, Pa 19083 |
| 14208062 | + | Joe Greicco, 722 Delaware Avenue, Norwood, PA 19074-1110 |
| 14208063 | + | Julie and Doug Pugliesie, 799 Robin Hood Road, Bryn Mawr, Pa 19010-1239 |
| 14208064 | + | Kathryn Calderon, 212 Glen Riddle Road, Media, PA 19063-5811 |
| 14250776 | | Kathryn Calderon, 515 Mercer Road, Media, Pa |
| 14250782 | + | Lisa Feldman, 212 Glen Riddle Road, Merion Station, Pa 19066 |
| 14250784 | + | Marie Manspeaker, 203 Leon Avenue, Norwood, Pa 19074-1618 |
| 14208065 | + | Nina & Dimitry Yashin, 3542 Darby Road, Haverford, PA 19041-1018 |
| 14208066 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14208070 | + | Rachel Diamond, 262 Herr Street, Harrisburg, PA 17102-2924 |
| 14208071 | + | Rachel Diamond & Gary Smith, 262 Herr Street, Harrisburg, PA 17102-2924 |
| 14250817 | + | Ron Altieri, 8502 Elliston Drive, Glenside, Pa 19038-7960 |
| 14208072 | + | Ryan McDermott, 202 Barrie Road, Narberth, PA 19072-1817 |
| 14235817 | + | Ryan and Michelle McDermott, 202 Barrie Road, Narberth PA 19072-1817 |
| 14208074 | + | Stephanie Bassettie, 447 Olympic Avenue, Havertown, PA 19083-5122 |
| 14250780 | + | Susan Reiss, 799 Robin Hood Road, Bryn Mawr, Pa 19010-1239 |
| 14250785 | + | Terri Franke, 100 Kirk Road, Garnett Valley, Pa 19060-1205 |
| 14208075 | + | The Yannuzzi Group, LLC, 526 West Oak Lane, Glenolden, PA 19036-1228 |
| 14250779 | + | Tom and Michelle Hiscott, 7 E Windermere Terrace, Lansdowne, Pa 19050-2104 |
| 14208078 | + | Wells Fargo Bank, Department #34431, PO Box 39000, San Francisco, CA 94139-0001 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 138OBJ | Total Noticed: 60 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 29 2023 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14208046 | Email/Text: megan.harper@phila.gov | Nov 29 2023 00:42:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14208047 | Email/Text: megan.harper@phila.gov | Nov 29 2023 00:42:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14208044 | + Email/Text: ecf@ccpclaw.com | Nov 29 2023 00:41:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14208048 | + Email/Text: bankruptcy@philapark.org | Nov 29 2023 00:42:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14204326 | Email/Text: mrdiscen@discover.com | Nov 29 2023 00:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14208052 | + Email/Text: mrdiscen@discover.com | Nov 29 2023 00:41:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 14208053 | Email/Text: bankruptcycourts@equifax.com | Nov 29 2023 00:41:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14208055 | ^ MEBN | Nov 29 2023 00:34:30 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14208056 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Nov 29 2023 00:41:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317 |
| 14208059 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2023 00:41:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14208068 | ^ MEBN | Nov 29 2023 00:34:44 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14201634 | + Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 01:14:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14208067 | Email/Text: bankruptcygroup@peco-energy.com | Nov 29 2023 00:41:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14229945 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14208069 | + Email/Text: bankruptcy@philapark.org | Nov 29 2023 00:42:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1540 |
| 14208073 | + Email/Text: randall.jackson@statefinancialnetwork.com | Nov 29 2023 00:42:00 | State Financial Networ, 5 Hillman Dr Ste 300, Chadds Ford, PA 19317-9752 |
| 14208076 | Email/Text: DASPUBREC@transunion.com | Nov 29 2023 00:41:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14208077 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 29 2023 00:59:27 | Wells Fargo, Attn: Bankruptcy, PO Box 51193, Los Angeles, CA 90051-5493 |
| 14215070 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 29 2023 01:46:34 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 14215018 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 29 2023 00:59:33 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14208079 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 29 2023 01:24:35 | Wells Fargo/Bob's Discount Furniture, Attn: Bankruptcy, PO Box 10438, Des Moines, IA 50306-0438 |
| 14208080 | + Email/Text: bncnotice@ph13trustee.com | Nov 29 2023 00:42:00 | William C. Miller, Esquire, Chapter 13 Trustee, |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 138OBJ | Total Noticed: 60 |

P.O. Box 1229, Philadelphia, PA 19105-1229

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14208045 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14250778 | *+ | Clare Cerniglia, 527 Furlong Avenue, Havertown, Pa 19083-3320 |
| 14208060 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14250773 | *+ | Julie and Doug Pugliesie, 799 Robin Hood Road, Bryn Mawr, Pa 19010-1239 |
| 14250777 | *+ | Ryan McDermott, 202 Barrie Road, Narberth, Pa 19072-1817 |
| 14250775 | *+ | Stephanie Bassettie, 447 Olympic Avenue, Havertown, Pa 19083-5122 |
| 14221886 | *+ | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 14235031 | * | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14250781 | ##+ | Emily Rendin, 508 N Swarthmore Ave, Swarthmore, Pa 19081-1418 |

TOTAL: 0 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| CORINNE SAMLER BRENNAN | on behalf of Plaintiff Franklin Mint Federal Credit Union cbrennan@klehr.com  swenitsky@klehr.com;nyackle@klehr.com |
| JACQUELINE MORGAN | on behalf of Christine Chapman jmorgan@lowenthalabrams.com |
| JESSICA M. GULASH | on behalf of Creditor DMITRY & NINA YASHIN jgulash@lbmlaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEROY W. ETHERIDGE, JR. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| MICHAEL A. CATALDO | on behalf of Defendant Craig M. Phillips mcataldo@gsbblaw.com bkdocs@gsbblaw.com;cataldo.michaelr112072@notify.bestcase.com |
| MICHAEL A. CIBIK | on behalf of Debtor Craig M. Phillips mail@cibiklaw.com  cibiklawpc@jubileebk.net;cibiklaw@recap.email |
| SCOTT THOMAS EARLE | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 28, 2023 | Form ID: 138OBJ | Total Noticed: 60 |

on behalf of Creditor Gregory Beattie stearle@zarwin.com nraco@zarwin.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Craig M. Phillips
      Debtor(s)

Case No: 18−16198−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/28/23

111 − 104
Form 138OBJ