# United States Bankruptcy Court

Re:
Timothy B. McGrath
Clerk of Court
900 Market Street
Suite 400
Philadelphia, PA 19107

Terri Franke
100 Kirk Rd.
Garnet Valley, PA 19060

Craig M. Phillips
Debtor

U.S. Bankruptcy Case No: 18-16198-pmm
Chapter 13

Motion for: Objection To The Entry Of The Debtor Order Of Discharge

## MOTION TO OBJECT TO DISCHARGE

This is in reference to receiving your notice regarding deadline to object of discharge of Craig M. Phillips. No payments have been paid by Craig M. Phillips to plaintiffs Norman Franke and Terri Franke and therefore this is our motion to object.

Craig M. Phillips has been ordered to make a total payment of $2,124.35 per court order from Honorable Wendy B. Roberts, Mag. Dist. No. MDJ-32-2-49, Docket No. MJ-32249-CV-0000071-2019. He has made no payments. This case was filed 5-3-2019. If you have any questions, please contact me at 610-459-3670.

Sincerely,

*[signatures]*

Norman and Terri Franke